## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

TIMOTHY L. RUCKER,         )
                                 )
               Petitioner,   )
                                 )
       vs.              )     No. 4:02CV1596-DJS
                                 )
DON ROPER and            )
JEREMIAH "JAY" NIXON,     )
                                 )
              Respondent.   )

## JUDGMENT

      Pursuant to the order entered herein this day,

      **IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 is denied.

      **IT IS FURTHER ORDERED** that no certificate of probable cause to appeal or certificate of appealability shall issue from this Court.

Dated this   30th   day of March, 2006.


                        /s/ Donald J. Stohr
                        UNITED STATES DISTRICT JUDGE